JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
ANDOLYN JOHNSON
Nevada Bar No. 14723
ANDREW KEENAN
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andolyn.Johnson@usdoj.gov
Andrew.Keenan@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>   v.<br><br>Jaime Collazo Munoz,<br>   aka "Chivo,"<br><br>      Defendant. | 3:21-cr-00010-MMD-CLB<br><br>**Order Granting Motion to Dismiss Counts 2 and 3 of the Indictment** |

Pursuant to Federal Rule of Criminal Procedure 48(a) and in the interest of justice, and upon leave of Court, the United States hereby dismisses with prejudice Counts 2 and 3 in the Indictment (ECF 1) against defendant Jaime Collazo Munoz.

JASON FRIERSON
United States Attorney

*/s/ Andolyn Johnson*
ANDOLYN JOHNSON
Assistant United States Attorney

1  Leave of Court is granted for the filing of the above dismissal.

2  DATED this __9th__ day of September, 2022.

_____
HONORABLE MIRANDA M. DU
United States Chief District Judge