RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for JAIME COLLAZO MUNOZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAIME COLLAZO MUNOZ,<br><br>        Defendant. | Case No. 3:21-cr-00010-MMD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE SUPPLEMENT**<br><br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney JASON M. FRIERSON, Assistant United States Attorney ANDOLYN JOHNSON, counsel for the United States of America, Federal Public Defender RENE L. VALLADARES, and Assistant Federal Public Defender ALLIE WILSON, counsel for JAIME COLLAZO MUNOZ, to extend the time to file the Supplement to the Defendant's Motion for a Sentence Reduction pursuant to 18 U.S.C. 3582(c) [ECF #201] from November 15, 2024 to December 9, 2024 and the government's response to supplement be extended from December 6, 2024 to January 9, 2025. This is the second request for an extension for time to file supplement.

DATED this 17th day of November, 2024.

RENE L. VALLADARES  
Federal Public Defender

By: /s/Allie Wilson  
ALLIE WILSON  
Assistant Federal Public Defender  
Counsel for JAIME COLLAZO MUNOZ

JASON M. FRIERSON  
United States Attorney

By: /s/Andolyn Johnson  
ANDOLYN JOHNSON  
Assistant United States Attorney  
Counsel for the Government

**IT IS SO ORDERED.**

**DATED** this 18th day of November, 2024.

_____  
MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE