RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for JAIME COLLAZO MUNOZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME COLLAZO MUNOZ,<br><br>Defendant. | Case No. 3:21-cr-00010-MMD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE SUPPLEMENT**<br><br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney JASON M. FRIERSON, Assistant United States Attorney ANDOLYN JOHNSON, counsel for the United States of America, Federal Public Defender RENE L. VALLADARES, and Assistant Federal Public Defender ALLIE WILSON, counsel for JAIME COLLAZO MUNOZ, to extend the time to file the Supplement to the Defendant's Motion for a Sentence Reduction pursuant to 18 U.S.C. 3582(c) [ECF #201] from December 9, 2024 to January 15, 2025 and the government's response to supplement be extended from January 9, 2025 to February 17, 2025. This is the third request for an extension for time to file supplement.

DATED this 6th day of December, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: */s/Allie Wilson*<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for JAIME COLLAZO MUNOZ | By: */s/Andolyn Johnson*<br>ANDOLYN JOHNSON<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this <u>6th</u> day of December, 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2